541 U.S. 1003
 LASTRAPES
v.
UNITED STATES.
UNDERWOOD
v.
UNITED STATES.
SANDERS
v.
UNITED STATES.
JACKSON
v.
UNITED STATES. and
CANTU
v.
UNITED STATES.
 No. 03-9397.
 Supreme Court of United States.
 April 19, 2004.
 
 1
 C. A. 5th Cir. Certiorari denied. Reported below: 82 Fed. Appx. 897 (third judgment); 87 Fed. Appx. 411 (second judgment), 938 (fifth judgment), and 972 (fourth judgment); 88 Fed. Appx. 753 (first judgment).